AO 451 (Rev. 12/12) Clerk's Certification of a Judgment to be Registered in Another District

# UNITED STATES DISTRICT COURT
for the
Western District of Michigan

| | |
|---|---|
| Justin Meade, | )     22-MC-34 |
| Plaintiff | ) |
| v. | )     Civil Action No. 1:21-cv-6-PLM-PJG |
| Kenneth J. Boone, et al., | ) |
| Defendant | ) |

## CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)* __03/04/2022__.

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court, the time for appeal has expired, and no appeal has been filed or, if one was filed, it is no longer pending.

Date: 12-1-22

CLERK OF COURT

_/s/ Van B_____

Signature of Clerk or Deputy Clerk

[Stamp: UNITED STATES DISTRICT COURT FILED DEC 8 – 2022 MARY C. LOEWENGUTH, CLERK WESTERN DISTRICT OF NY]

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JUSTIN MEADE,

    Plaintiff,

v.

KENNETH J. BOONE, *et al.*,

    Defendants.
_____/

Case No. 1:21-cv-6

HON. PAUL L. MALONEY

## **DEFAULT JUDGMENT**

Pursuant to Fed. R. Civ. P. 55(b)(1), judgment by default is hereby entered in favor of Plaintiff Justin Meade and against Defendants Tyshawn Mims, Boone & Associates Group LLC, Diversified Debt Recovery LLC, National Debt Assistance, Inc., Kenneth J. Boone and Brandon Charles Carr, jointly and severally, in the amount of $3,500.00, being a sum certain comprised of statutory damages in the amount of $1,000.00 pursuant to the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. §1692 *et seq.*, plus statutory damages in the amount of $2,500.00 pursuant to the Driver's Privacy Protection Act of 1994 ("DPPA"), 18 U.S.C. § 2721 *et seq.*

Dated: March 4, 2022

CLERK OF THE COURT

    /s/ E. Doerr, Deputy Clerk

THOMAS L. DORWIN
Clerk of Court
Western District of Michigan

**Names of parties against whom judgment is obtained with residence:**

Tyshawn Mims
425 Lisbon Avenue
Buffalo, NY 14215

Boone & Associates Group LLC
c/o Kenneth J. Boone
1746 Eggert
Buffalo, NY 14226

Diversified Debt Recovery LLC
c/o Brandon Charles Carr
66 Pleasantview Lane
Buffalo, NY 14224

National Debt Assistance, Inc.
c/o Brandon Charles Carr
66 Pleasantview Lane
Buffalo, NY 14224

Kenneth J. Boone
1746 Eggert
Buffalo, NY 14226

Brandon Charles Carr
66 Pleasantview Lane
Buffalo, NY 14224

**Names of parties in whose favor judgment is obtained with residence:**

Justin Meade
c/o Phillip C. Rogers
2851 Charlevoix Drive SE, Suite 205
Grand Rapids, MI 49546

**Names of Attorney for judgment creditor:**

Phillip C. Rogers
Attorney at Law
2851 Charlevoix Drive SE, Suite 205
Grand Rapids, MI 49546

**Date of filing Month/Date/Year**
12/??/2022

**Amount of judgment:**
$24,752.30



**PHILLIP C. ROGERS**
ATTORNEY AT LAW
2851 Charlevoix Drive SE, Suite 205
Grand Rapids, Michigan 49546

TELEPHONE (616) 776-1176                                E-MAIL ConsumerLawyer@aol.com

December 5, 2022

22-MC-34

Clerk of the Court
United States District Court
Western District of New York
2 Niagara Square
Buffalo, NY 14202

Re:   Justin Meade v. Kenneth J. Boone, et al.
      USDC Western District of Michigan, Case No. 1:21-cv-6

Dear Clerk of the Court:

    Enclosed for filing in your court are two Clerk's Certification of a Judgment to be Registered in Another District (Form AO 451) with attached Judgment for Registration, entered in the above-referenced lawsuit. Also enclosed are two checks made payable to the Court for filing fees, each in the amount of $49.00. I wasn't sure whether to send one or two checks, given that there are two related documents to file (as explained below), but only one new case to open. If the filing fee is only $49.00, please send one of the checks back to me.

    On March 4, 2021, the court entered judgment in favor of my client, plaintiff Justin Meade, against defendants (1) Tyshawn Mims; (2) Boone & Associates Group LLC; (3) Diversified Debt Recovery LLC; (4) National Debt Assistance, Inc.; (5) Kenneth J. Boone; and (6) Brandon Charles Carr, jointly and severally, in the amount of $3,500.00.

    On October 17, 2022, the court entered an order, modifying the judgment, in favor of plaintiff, and against these same defendants, jointly and severally, in the total amount of **$24,752.30** (comprised of $3,500.00 in damages, plus $21,252.30 in fees and costs).

    Finally, once the two documents are filed in the new case, please send me two certified copies of the Transcript of Judgment for the new case, showing the names of the parties against whom the judgment is obtained, the name of the party in whose favor the judgment is obtained, the name of the attorney for the judgment creditor, the date of filing of the judgment, and the amount of the judgment $24,752.30. Enclosed is a check made payable to the Court in the amount of $22.00 to cover the cost of the two certified copies of the Transcript of Judgment.

    If you have any questions, please contact me directly. Thank you for your attention to this matter.

Yours very truly,

Phillip C. Rogers

Phillip C. Rogers
Attorney at Law
2851 Charlevoix Dr. SE, Ste. 205
Grand Rapids, MI 49546-7090



Phillip C. Rogers
Attorney at Law
2851 Charlevoix Dr. SE, Ste. 205
Grand Rapids, MI 49546-7090